22316

The STATE, Respondent, v. James WASHINGTON, Appellant.

(330 S. E. (2d) 289)

Supreme Court

*Asst. Appellate Defender Elizabeth C. Fullwood* of *S. C. Office of Appellate Defense,* Columbia, *for appellant.*

*Atty. Gen. T. Travis Medlock, Asst. Atty. Gen. Harold M. Coombs, Jr.,* Columbia; and *Solicitor Charles M. Condon,* Charleston, *for respondent.*

May 13, 1985.

*Per Curiam:*

■ Appellant was tried *in absentia* and convicted of shoplifting. Appeal was taken from the conviction before the sealed sentence was imposed. The appeal is dismissed.

■ A criminal conviction is not final for purposes of appeal until after sentence is imposed. So long as the sentence remains sealed, no appeal can be taken. *State v. Robinson,* 468 So. (2d) 633 (1985).

This appeal is dismissed without prejudice to appellant's right to raise these issues on timely appeal.

Appeal dismissed.